# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY J. CABLE,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00660-RDP-NAD |
| **MADISON COUNTY PROBATION & PAROLE DEPARTMENT, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge has entered a Report and Recommendation recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted because it is barred by the statute of limitations. (Doc. 14). The Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen days. (*Id.*, at 9-10). That time has expired, but the court has not received any objections.

Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case with prejudice.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this October 17, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE